AO 451 (Rev. 2/86) Certification of Judgment

# United States District Court

__Northern__ DISTRICT OF __New York__

WHITEMAN OSTERMAN & HANNA

v.

LOGAN MANUFACTURING COMPANY, a
Successor in Interest to the Logan
Division of DeLorean Manufacturing
Company

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number: 90-CV-128

I, __GEORGE A. RAY__, Clerk of this United States District Court certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __May 22, 1990__, as it appears in the records of this court, and that

* __no notice of appeal from this judgment have been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed.__

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on

__June 29, 1990__
Date

GEORGE A. RAY
Clerk

__Christine Magurthaler__
(By) Deputy Clerk

*Insert the appropriate language: . . . "no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." . . . "no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure [*] have been disposed of, the latest order disposing of such a motion having been entered on [date]." . . . "an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]."   "an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[*Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WHITEMAN OSTERMAN & HANNA,    :

                Plaintiff,    :    **JUDGMENT**

-against-    :    Civil Action No. 90-CV-128

LOGAN MANUFACTURING COMPANY, a
Successor in Interest to the Logan
Division of DeLorean Manufacturing
Company,    :

                Defendants.    :

The defendant Logan Manufacturing Company having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of the plaintiff and upon affidavit that defendant is indebted to plaintiff in the sum of $77,360.30, that defendant has been defaulted for failure to appear and that defendant is not an infant or incompetent person, and is not in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff recover of defendant the sum of $77,360.30 with interest at the rate of 9 percent per annum, in the amount of $8,454.45, and costs in the sum of $213.20.

Dated:   Albany, New York
        May 22, 1990

J. R. SCULLY
_____
Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

WHITEMAN OSTERMAN & HANNA,

        Plaintiff,

-against-

LOGAN MANUFACTURING COMPANY, a Successor in Interest to the Logan Division of DeLorean Manufacturing Company,

        Defendants.

**JUDGMENT**

Civil Action No. 90-CV-128

The defendant Logan Manufacturing Company having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of the plaintiff and upon affidavit that defendant is indebted to plaintiff in the sum of $77,360.30, that defendant has been defaulted for failure to appear and that defendant is not an infant or incompetent person, and is not in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that plaintiff recover of defendant the sum of $77,360.30 with interest at the rate of 9 percent per annum, in the amount of $8,454.45, and costs in the sum of $213.20.

Dated: Albany, New York
May 22, 1990

J. R. SCULLY

Clerk